

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/06/2016 02:30 PM

COURTROOM 8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:14-bk-10347-CPM | 13 | 09/02/2014 |

Chapter 13

**DEBTOR:** Mohamad Madi

Iman Safa

**DEBTOR ATTY:** Niurka Asmer

**TRUSTEE:** Jon Waage

**HEARING:**

Motion for Payment of Unclaimed Funds (originally issued to PennyMac)in the amount of $11,024.46. Power of Attorney not required. Filed by Niurka Fernandez Asmer on behalf of Debtor Mohamad H. Ali Madi, Joint Debtor Iman Safa (related document(s)[94]). (Doc #95)

**APPEARANCES::**
IMAN SAFA; NIURKA ASMER; <B> KIMBERLY MCINTYRE </B>

**RULING:**
Motion for Payment of Unclaimed Funds (originally issued to PennyMac)in the amount of $11,024.46. Power of Attorney not required. Filed by Niurka Fernandez Asmer on behalf of Debtor Mohamad H. Ali Madi, Joint Debtor Iman Safa (related document(s)[94]). (Doc #95)... GRANTED...FORM ORDER BY COURT...
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.